ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVONNY A. HOLLOWAY,<br><br>Defendant. | Case No. 5:26-po-00092-CDB<br><br>[Citations #E2619249/CA10]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case 5:26-po-00092-CDB , Citation# E2619249/CA10 only, against JOVONNY A. HOLLOWAY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 28, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:     /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

1

U.S. v HOLLOWAY
Case No. 5:26-po-00092-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Citation # E2619249/CA10 only against JOVONNY A. HOLLOWAY be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **May 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v HOLLOWAY
Case No. 5:26-po-00092-CDB