**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOVANNY HOLLOWAY,<br>Defendant. | Case No. 5:26-po-00092-CDB<br>CVB Violation E2619250 / CA10<br>ORDER TO REFUND OVERPAYMENT<br>(Doc. 9) |

Defendant Jovanny Holloway was issued Violation Notice E2619250 with a total collateral due of $230.00. Defendant appeared for his Initial Appearance on June 2, 2026, and proceedings were continued to August 4, 2026. On August 1, 2026, Defendant paid a total of $235.00 to satisfy the collateral due. Accordingly, the Court accepted it as payment in full and closed the case.

Because Defendant overpaid on the collateral due, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $5.00.

IT IS SO ORDERED.

Dated: **August 5, 2026**

UNITED STATES MAGISTRATE JUDGE